IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JESSICA HAWKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:25-cv-00044-O |
| | § | |
| DOLLAR GENERAL, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Petitioner filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings and Conclusions, and Recommendation of the Magistrate Judge are correct. Accordingly, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the Magistrate Judge as the findings of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Remand (ECF No. 5) is **GRANTED**, and the case is **REMANDED** to the 30th Judicial District Court of Wichita County, Texas.

**SO ORDERED** on this **29th day** of **August**, **2025.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE